UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Alexander Kupelian,<br><br>    Plaintiff,<br>v.<br><br>Stephens & Michaels Associates, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.:  1:11-cv-11642 (DPW) |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
PURSUANT TO RULE 41(a)

Alexander Kupelian ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 20, 2012

                                                        Respectfully submitted,

                                                        By: /s/ Sergei Lemberg

                                                        Sergei Lemberg, Esq.
                                                        BBO No.: 650671
                                                        Lemberg & Associates L.L.C.
                                                        1100 Summer Street, 3rd Floor
                                                        Stamford, CT 06905
                                                        Telephone: (203) 653-2250
                                                        Facsimile:  (203) 653-3424
                                                        Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 20, 2012, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF System (ECF) and that the document is available on the ECF system.

                                                  By /s/ Sergei Lemberg  
                                                     Sergei Lemberg, Esq.